IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRADFORD SALTERS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG KING/KROGERS et al.,<br><br>　　　　　Defendants. | ORDER<br><br>Case No. 2:09-cv-1001<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On September 8, 2010, Judge Alba issued a Report and Recommendation, recommending that the defendants' Motion to Dismiss be granted.[1] Plaintiff Bradford Salters filed no objection to the Report and Recommendation. After having reviewed the record, the court hereby APPROVES AND ADOPTS Judge Alba's Report and Recommendation in its entirety. Accordingly, the defendants' Motion to Dismiss is GRANTED.[2]

This case is now closed, each party shall bear its own costs.

SO ORDERED this 6th day of October, 2010.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket No. 28.

[2] Docket No. 10.